| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Microgear, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-3074622** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2525 Collier Canyon Road**<br>**Livermore, CA**<br>ZIP Code **94551** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1639 Via Salerno**<br>**Pleasanton, CA**<br>ZIP Code **94566** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Microgear, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____

        (Name of landlord that obtained judgment)

        _____

        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Microgear, Inc.**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Chris D. Kuhner**
Signature of Attorney for Debtor(s)

**Chris D. Kuhner 173291**
Printed Name of Attorney for Debtor(s)

**Kornfield, Nyberg, Bendes & Kuhner  PC**
Firm Name

**1999 Harrision St., Suite 2675**
**Oakland, CA 94612**

_____
Address

**(510) 763-1000  Fax: (510) 273-8669**
Telephone Number

**December 10, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Neil Popli**
Signature of Authorized Individual

**Neil Popli**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 10, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    **Microgear, Inc.** _____,     Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 937,886.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,611,891.03 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 2,856,262.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 937,886.53 | | |
| Total Liabilities | | | | 4,468,153.09 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Microgear, Inc.**                                     ,      Case No. _____

                                           Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Microgear, Inc.**                      ,    Case No. _____

                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re  **Microgear, Inc.**                                    ,     Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Bridge Bank Checking account # 0101008316 Location: San Jose, Ca** | - | 2,000.00 |
| | | **Bank Account: First Bank and Trust Checking Account # 1457181759 Location: San Francisco, Ca** | - | 100.00 |
| | | **Washington Mutual Checking account # 4924696581** | - | 202,286.53 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit for 2525 Collier Canyon Rd location Adaptec, landlord** | - | 19,000.00 |
| | | **Security Deposit for 225 Bush Street, #370 Jones Lang landlord** | - | 5,000.00 |
| | | **Security Deposit for 4929 Wilshire Blvd, Ste 701 4949 Wilshire Blvd, landlord** | - | 1,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     229,886.53
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

In re    **Microgear, Inc.**                          ,       Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Report attached** | - | **108,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Notes Receivable Lease Termination Agreement Montgomery Bierce, LLC 74 New Montgomery St San Francisco, CA 94105** | - | **550,000.00** |
| | | **Notes receivable Consultant Anil Sharma 1111 Nancy Lane San Ramon, CA 94582** | - | **50,000.00** |

|  | Sub-Total > | **708,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Microgear, Inc.**                                                    ,      Case No. _____
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Microgear, Inc.**                            ,          Case No. _____
<br>
                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **937,886.53** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

| Customer | Phone # | Contact info | Invoice # | Amount |
|---|---|---|---|---|
| Westminister Presbyterian Church | 503-287-1289 | Patricia Holeman | 143912 | $ 50.00 |
| CCSF-SFPD | | | 136650 | $ 3,488.28 |
| CCSF-SFPD | | | 144084 | $ 217.00 |
| Cushman and Wakefield | 503-279-1716 | | 143329 | $ 376.00 |
| Adge Corporation | rfg@adgecorp.com | Stephen Wong | 141888 | $ 582.00 |
| Linear Technology | 408-432-1900 | Tony Lee | 133355 | $ 2,668.36 |
| Genius Incorporated | 650-212-2050 | Mike Myers | C140689 | $ (2,200.00) |
| Golden Gate OB/GYN | 415-831-2180 | | 144056 | $ 300.00 |
| Golden Gate OB/GYN | 415-831-2180 | | 144057 | $ 1,000.00 |
| Xerox Corporation | 415-121-2121 | | 143624 | $ 404.00 |
| Xerox Corporation | 414-121-2121 | | 143646 | $ 750.00 |
| Williamette Dental | 503-952-2388 | | 143644 | $ 335.00 |
| GE Infrastructure security | 510-739-2400 | Andrew Bidkaram | 143018 | $ 7,712.75 |
| GE Infrastructure security | 510-739-2400 | Andrew Bidkaram | 143600 | $ 326.98 |
| CCSF-SF Airport Comission | 650-821-2848 | | 136973 | $ 75,833.46 |
| Airgas | 503-976-3125 | Joe Oehler | 143493 | $ 155.00 |
| CCSF-Emergency Communication | 415-558-3821 | | 142664 | $ 1,179.40 |
| Dept of Navy-Supervisor of Shipbuilding | 757-380-4423 | | 143839 | $ 338.50 |
| CCSF-Dept of Public works | 415-554-7873 | | 144032 | $ 12,292.00 |
| Rearden Commerce | 650-212-8419 | | 144034 | $ 2,569.80 |
| | | | | $ 108,378.53 |

B6D (Official Form 6D) (12/07)

In re  **Microgear, Inc.**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Wxx9920** <br><br> **Avaya** <br> **PO Box 550599** <br> **Jacksonville, FL 32255** | - | | | **Avaya phones** <br><br><br> Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xxxxx4-000** <br><br> **Ingram Micro** <br> **12510 Micro Drive** <br> **Mira Loma, CA 91752** | - | | | **past 3 years** <br><br> **UCC-1 Financing Statement** <br><br> **Misc business assets, excluding cash in bank accounts** <br> Value $ **0.00** | | | | **1,611,891.03** | **1,611,891.03** |
| Account No. <br><br> **Also Notify:** <br> **Ingram Micro** | | | | **Ingram Micro Inc.** <br> **Attn Scott B. Lieberman** <br> **Sheppard, Mullin, Richter & Hampton, LLP** <br> **650 Town Center Dr, Fourth Floor** <br> **Santa Ana, CA 92701** <br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | <br><br><br> Value $ | | | | | |

**0**  continuation sheets attached

| | Subtotal <br> (Total of this page) | **1,611,891.03** | **1,611,891.03** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **1,611,891.03** | **1,611,891.03** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Microgear, Inc.**                                         ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

  * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re **Microgear, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **4929 Wilshire Blvd, Ste 701**<br><br>**4949 Wilshire LLP**<br>**4949 Wilshire Blvd, #701**<br>**Los Angeles, CA 90010** | | - | | | Office lease | | | | **Unknown** |
| Account No. **N/A**<br><br>**A3Net**<br>**3731 E. La Salle St.**<br>**Phoenix, AZ 85040** | | - | | | past 3 years<br>Miscellaneous business expenses | | | | **450.00** |
| Account No. **M075**<br><br>**Accutech**<br>**4824 Transport St.**<br>**Ventura, CA 93003** | | - | | | past 3 years<br>Miscellaneous business expenses | | | | **2,945.89** |
| Account No. **2525 Collier Rd, Livermore**<br><br>**Adaptec**<br>**691 Milpitas Blvd**<br>**Milpitas, CA 95035** | | - | | | Office lease | | | | **Unknown** |

__18__ continuation sheets attached

Subtotal (Total of this page) **3,395.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:27103-081118   Best Case Bankruptcy

In re **Microgear, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Adge Corp** <br> **423 Broadway Street #637** <br> **Millbrae, CA 94030-1905** | | - | past 3 years <br> Miscellaneous business expenses | | | | **28,285.87** |
| Account No. **xxx9019** <br><br> **ADP Screening Service** <br> **36307 Treasury Center** <br> **Chicago, IL 60694** | | - | within the past year <br> business expense | | | | **62.70** |
| Account No. **N/A** <br><br> **AGAMI** <br> **1269 Innsbruck Drive** <br> **Sunnyvale, CA 94089** | | - | past 3 years <br> Miscellaneous business expenses | | | | **Unknown** |
| Account No. **N/A** <br><br> **Air Magent** <br> **830 E. Arques Ave.** <br> **Sunnyvale, CA 94085** | | - | past 3 years <br> Miscellaneous business expenses | | | | **1,643.10** |
| Account No. **x1701** <br><br> **ALCATEL-LUCENT** <br> **P.O. BOX 911476** <br> **Dallas, TX 75391-1476** | | - | past 3 years <br> Miscellaneous business expenses | | | | **8,710.00** |

Sheet no. **1** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **38,701.67**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re __Microgear, Inc.__ ,                                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **N/A**<br><br>**AMERITECH**<br>**2688 3rd Street**<br>**San Francisco, CA 94107** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 453.75 |
| Account No. **x5806**<br><br>**APC**<br>**5081 Collections Center Drive**<br>**Chicago, IL 60693-5081** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 27,101.00 |
| Account No. **MIC60**<br><br>**Arbitech. LLC**<br>**15330 Barranca Parkway**<br>**Irvine, CA 92618** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 260,799.21 |
| Account No.<br><br>**Also Notify:**<br>**Arbitech. LLC** | | | | | **Arbitech, LLP**<br>**Attn David Cook**<br>**Cook Collection Attorneys**<br>**PO Box 270**<br>**San Francisco, CA 94104-0270** | | | | |
| Account No. **N/A**<br><br>**ASAP Software**<br>**850 Asbury Drive**<br>**Buffalo Grove, IL 60089** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 12,585.53 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300,939.49

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Microgear, Inc.**                                   ,     Case No. _____
<br>                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Avery Weight**<br>**19821 Cabot Blvd**<br>**Hayward, CA 94545** | - | | past 3 years<br>**Miscellaneous business expenses** | | | | **4,683.99** |
| Account No. **PExx-xxx6-001**<br><br>**Avnet**<br>**11300 Westmoor Cr.**<br>**Westminster, CO 80021** | - | | past 3 years<br>**Miscellaneous business expenses** | | | | **17,095.00** |
| Account No. **MICR008**<br><br>**Axiom**<br>**19651 DESCARDES**<br>**FOOTHILL RANCH, CA 92610** | - | | past 3 years<br>**Miscellaneous business expenses** | | | | **130.00** |
| Account No.<br><br>**Bernie Franczack**<br>**128 Quail Run Court**<br>**San Jose, CA 95118** | - | | **Commission payment** | | | | **2,696.00** |
| Account No.<br><br>**BETA 90'S**<br>**182 HOWARD STREET PMB#227**<br>**San Francisco, Ca 94105** | - | | past 3 years<br>**Miscellaneous business expenses** | | | | **245.00** |

Sheet no. __**3**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **24,849.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **Microgear, Inc.**                                                   ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**  <br><br>**CA** <br>**ONE CA PLAZA** <br>**ISLANDIA, NY 11749** | - | | past 3 years <br>**Miscellaneous business expenses** | | | | 11,171.29 |
| Account No. **MICROGE** <br><br>**Cables Unlimited** <br>**2500 BISSO LANE # 200** <br>**CONCORD, CA 94520** | - | | past 3 years <br>**Miscellaneous business expenses** | | | | 12.85 |
| Account No. **xx6243** <br><br>**Captaris** <br>**6303 East Tanque Verde Suite 100** <br>**Tuscon, AZ 85715** | - | | past 3 years <br>**Miscellaneous business expenses** | | | | 11,200.24 |
| Account No. **MI02** <br><br>**Carneys Busniess Tech** <br>**2001 Westwind Drive Suite One** <br>**Bakersfield, CA 93301** | - | | past 3 years <br>**Miscellaneous business expenses** | | | | 1,260.00 |
| Account No. **xxx0120** <br><br>**CDW** <br>**PO BOX 75723** <br>**Chicago, IL 60675-5723** | - | | past 3 years <br>**Miscellaneous business expenses** | | | | 25,500.34 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,144.72

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

In re   **Microgear, Inc.**                                                      ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** **CHARLES DOER GROUP** **611 Veterans Blvd., Suite 217** **Redwood City, CA 94063** | - | | past 3 years Miscellaneous business expenses | | | | 2,000.00 |
| Account No. **N/A** **Chouinard Myhre, Inc.** **P.O. BOX 636** **Cotati, CA 94931** | - | | past 3 years Miscellaneous business expenses | | | | 335.00 |
| Account No. **3505** **CINCINNATI BELL** **1507 Solutions Center** **Chicago, IL 60677-1005** | - | | past 3 years Miscellaneous business expenses | | | | 20,466.29 |
| Account No. **Cisco Ironport Systems, LLC** **Attn David Cooper** **Bialson, Bergen & Schwab** **2600 El Camino Real, Ste 300** **Palo Alto, CA 94306** | - | | Services | | | | 209,717.23 |
| Account No. **Computeronix** **4071 EMERY STREET** **EMERYVILLE, CA 94608** | - | | past 3 years Miscellaneous business expenses | | | | 1,400.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                233,918.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

In re __Microgear, Inc._____,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8579** <br><br> **Crucial** <br> **12831 Collection Center Drive** <br> **Chicago, IL 60693** | - | | past 3 years <br> Miscellaneous business expenses | | | | 2,021.56 |
| Account No. **xxx2761** <br><br> **Dell** <br> **PO BOX 910916** <br> **Pasadena, CA 91110-0916** | - | | past 3 years <br> Miscellaneous business expenses | | | | 49,447.36 |
| Account No. **N/A** <br><br> **Eagle** <br> **PO Box 844650** <br> **Dallas, TX 75284-4650** | - | | past 3 years <br> Miscellaneous business expenses | | | | 370.76 |
| Account No. **N/A** <br><br> **Effiliate Inc** <br> **11321 white Rock Road** <br> **Racho Cardova, CA 95742** | - | | past 3 years <br> Miscellaneous business expenses | | | | 877.87 |
| Account No. **N/A** <br><br> **ERG Transit Systems, Inc.** <br> **1800 Sutter Street, Suite 900** <br> **Concord, CA 94520** | - | | past 3 years <br> Miscellaneous business expenses | | | | 119,050.95 |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **171,768.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **Microgear, Inc.**                                                    ,         Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Also Notify:** **ERG Transit Systems, Inc.** | | | **ERG Transit Systems, Inc.** **Attn James L. Jacobs** **CGA Law Partners, LLP** **1891 Landings Dr** **Mountain View, CA 94043** | | | | |
| Account No. **N/A** **Ex Distributors** **165 State St Suite A** **Hackensack, NJ 07601** | | - | past 3 years Miscellaneous business expenses | | | | 5,294.76 |
| Account No. **FedBid, Inc.** **8500 Leesburg Pike, Ste 602** **Vienna, VA 22182** | | - | past 3 years Miscellaneous business expenses | | | | 11,562.64 |
| Account No. **xxxx-x886-9** **Fedex** **PO Box 7221** **Pasadena, CA 91109-7321** | | - | past 3 years Miscellaneous business expenses | | | | 42,020.00 |
| Account No. **N/A** **FOUNDRY NETWORKS** **4980 Great America Parkway** **Santa Clara, CA 95054** | | - | past year Miscellaneous business expenses | | | | 58.38 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   58,935.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Microgear, Inc.**                                                    ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Gateway Companies**<br>**PO Box 1760**<br>**North Sioux City, ND 57049-1760** | - | | past 3 years<br>Miscellaneous business expenses | | | | 3,801.75 |
| Account No. **xx6300** <br><br>**Graybar**<br>**2368 Lincoln Ave**<br>**Hayward, CA 94545** | - | | past 3 years<br>Miscellaneous business expenses | | | | 10,000.00 |
| Account No. **N/A** <br><br>**H Michael Brucker LAW FIRM**<br>**5855 Doyle St**<br>**EMERYVILLE, CA 94608** | - | | past 3 years<br>Miscellaneous business expenses | | | | 4,325.00 |
| Account No. **N/A** <br><br>**Heartland Tech**<br>**1755 Park St, Ste 200**<br>**Naperville, IL 60563** | - | | past 3 years<br>Miscellaneous business expenses | | | | 800.00 |
| Account No. **x2654** <br><br>**Hitachi Lease**<br>**21935 Network Place**<br>**Chicago, IL 60637** | - | | 2007<br>2007 Mitsubishi Truck<br>3500 miles<br>Commercial vehicle with $5,000 lift installed.<br>Repossessed | | | | Unknown |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 18,926.75

In re   **Microgear, Inc.**
                                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Gx0110**  <br><br> **HP**  <br> **P.O. BOX 60000 File 71195**  <br> **San Francisco, CA 94160** | - | | | past 3 years  <br> **Miscellaneous business expenses** | | | | 159,998.50 |
| Account No. **xxxxx98-93**  <br><br> **IBM**  <br> **1360 Boul Nene-Leves**  <br> **Montreal, QC, Canada H3G2W6** | - | | | past 3 years  <br> **Miscellaneous business expenses** | | | | 2,028.29 |
| Account No. **N/A**  <br><br> **Imation**  <br> **1 Imation Place**  <br> **Oakdale, MN 55128-3421** | - | | | past 3 years  <br> **Miscellaneous business expenses** | | | | 95,038.44 |
| Account No. **MICROGE**  <br><br> **InfoX**  <br> **3 Aspen Drive, Suite 1**  <br> **Randolph, NJ 07869** | - | | | past 3 years  <br> **Miscellaneous business expenses** | | | | 4,457.00 |
| Account No. **N/A**  <br><br> **Ironkey**  <br> **5150 El Camino Real #C31**  <br> **Los Altos, CA 94022** | - | | | past 3 years  <br> **Miscellaneous business expenses** | | | | 897.62 |

Sheet no. __**9**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

262,419.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Microgear, Inc.**                                                   ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Ironport** <br> **950 Elm Ave.** <br> **San Bruno, CA 94066** | - | | | past 3 years <br> **Miscellaneous business expenses** | | | | **179,148.40** |
| Account No. **225 Bush St, #370** <br><br> **Jones Lang** <br> **One Front St, #300** <br> **San Francisco, CA 94111** | - | | | **Office lease** | | | | **Unknown** |
| Account No. <br><br> **KCBS AM** <br> **865 Battery St** <br> **San Francisco, Ca 94111** | - | | | past 3 years <br> **Miscellaneous business expenses** | | | | **641.14** |
| Account No. **x4502** <br><br> **Kingston** <br> **17600 Newhope Street** <br> **Fountain Valley, CA 92708** | - | | | past 3 years <br> **Miscellaneous business expenses** | | | | **15,000.00** |
| Account No. **N/A** <br><br> **LanDesk** <br> **698 West 10000 South, Suite 500** <br> **South Jordan, UT 84095** | - | | | past 3 years <br> **Miscellaneous business expenses** | | | | **7,715.20** |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)       **202,504.74**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Microgear, Inc.** ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx5-M101** | | | | | past year Miscellaneous business expenses | | | | |
| **LASERPRO One International Lane Rhinelander, WI 54501** | - | | | | | | | | 232.00 |
| Account No. ***xxxxx5994** | | | | | past 3 years Miscellaneous business expenses | | | | |
| **Lifeboat 1157 Shrewsbury Ave. Shrewsbury, NJ 07702-4321** | - | | | | | | | | 17,171.00 |
| Account No. **N/A** | | | | | past 3 years Miscellaneous business expenses | | | | |
| **LSI 1621 Barber Lane Milpitas, CA 95035** | - | | | | | | | | 946.90 |
| Account No. **N/A** | | | | | past 3 years Miscellaneous business expenses | | | | |
| **Lumension Dept CH 17356 Palatine, IL 60055-7356** | - | | | | | | | | 3,487.20 |
| Account No. | | | | | past 3 years Miscellaneous business expenses | | | | |
| **MA LABS 2075 N. Capitol Avenue San Jose, CA 95132** | - | | | | | | | | 8,664.70 |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,501.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Microgear, Inc.**                                                                      ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **N/A** <br><br> **MOTION COMPUTING** <br> **8601 RR 2222 Bldg. 2** <br> **Austin, TX 78730** | - | | | | past 3 years <br> Miscellaneous business expenses | | | | 3,500.00 |
| Account No. **N/A** <br><br> **MY-BYLINE** <br> **P.O. BOX 14061** <br> **Surfside Beach, SC 29587** | - | | | | past 3 years <br> Miscellaneous business expenses | | | | 1,008.95 |
| Account No. <br><br> **Neil Popli** <br> **1639 Via Salerno** <br> **Pleasanton, CA 94566-2224** | - | | | | Business loans | | | | 420,000.00 |
| Account No. <br><br> **Also Notify:** <br> **Neil Popli** | | | | | **Edye A Hill** <br> **Lewis Brisbois Bisgaard & Smith** <br> **650 Town Center Dr, Ste 1400** <br> **Costa Mesa, CA 92626** | | | | |
| Account No. **N/A** <br><br> **NETWORK GENERAL** <br> **310 Littleton Road** <br> **Westford, MA 01886-4105** | - | | | | past 3 years <br> Miscellaneous business expenses | | | | 4,275.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

428,783.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re __Microgear, Inc._____,  Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **N/A**<br><br>**OQO**<br>**583 Shotwell Street**<br>**San Francisco, CA 94110-2011** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 54,377.60 |
| Account No. **N/A**<br><br>**Oracle**<br>**P.O. BOX 44471**<br>**San Francisco, CA 94144-4471** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 1,903.15 |
| Account No. **xxxxxx867-4**<br><br>**Pacific Gas and Electric**<br>**P. O.Box 997300**<br>**Sacramento, CA 95899** | - | | | | within the past year<br>business expense | | | | 694.03 |
| Account No. **x4551MICROGEAR**<br><br>**PARTS NOW**<br>**3150 Pleasant View Road**<br>**Middleton, WI 53562** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 3,476.20 |
| Account No. **N/A**<br><br>**PC CONNECTION**<br>**730 Milford Road**<br>**Merrimack, NH 03054-4631** | - | | | | past 3 years<br>Miscellaneous business expenses | | | | 6,540.10 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,991.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Microgear, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxxxxx2746 <br><br> **PC MALL** <br> **2555 West 190th Street** <br> **Torrance, CA 90504** | - | | past 3 years <br> **Miscellaneous business expenses** | | | | 110,070.43 |
| Account No. **N/A** <br><br> **Q1 LABS** <br> **890 Winter Street, Suite 230** <br> **Waltham, MA 02451** | - | | past 3 years <br> **Miscellaneous business expenses** | | | | 28,907.99 |
| Account No. **N/A** <br><br> **QUANTUM** <br> **1650 Technology Drive , Suite 700** <br> **San Jose, CA 95110-1382** | - | | past 3 years <br> **Miscellaneous business expenses** | | | | 51,982.00 |
| Account No. **N/A** <br><br> **RASTAR MARKETING** <br> **2211 West 2300 South** <br> **Salt Lake City, UT 84119** | - | | past 3 years <br> **Miscellaneous business expenses** | | | | 19,489.50 |
| Account No. **4096** <br><br> **RPM IMAGING** <br> **1917 Hopper Way** <br> **Yountville, CA 94599** | - | | past 3 years <br> **Miscellaneous business expenses** | | | | 13,000.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        223,449.92

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re  **Microgear, Inc.**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **N/A**  SECUREMATICS 3100 De La Cruz Blvd. Suite 100 Santa Clara, CA 95054 | - | | | | past 3 years Miscellaneous business expenses | | | | 38,496.60 |
| Account No. **N/A**  SKY ELECTRONICS 26223 Enterprise Court Lake Forest, CA 92630 | - | | | | past 3 years Miscellaneous business expenses | | | | 18,854.60 |
| Account No. **N/A**  SOFTWARE HOUSE INTERNATIONAL 33 Knightsbridge Road Piscataway, NJ 08854 | - | | | | past 3 years Miscellaneous business expenses | | | | 76,260.00 |
| Account No. **N/A**  SOFTWARE ONE 360 E. Maple Rd. Suite M. Troy, MI 48083 | - | | | | past 3 years Miscellaneous business expenses | | | | 44,062.30 |
| Account No. **xxxxx2821**  T-Mobile PO Box 21367 Tampa, FL 33622 | - | | | | within the past 3 years business expense | | | | 2,800.00 |
| Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 180,473.50 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re __Microgear, Inc.__ , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6000**<br><br>TECH DATA<br>P.O. BOX 100166<br>Pasadena, CA 91189-0166 | - | | past 3 years<br>Miscellaneous business expenses | | | | 472,712.12 |
| Account No.<br><br>Also Notify:<br>TECH DATA | | | Tech Data Corp<br>Attn Harold B. Glassberg<br>Glassberg, Pollack & Assoc<br>425 CaliforniaSt, Ste 850<br>San Francisco, CA 94104-2193 | | | | |
| Account No. **N/A**<br><br>TERRA CARTA CONSULTING<br>433 51st Street<br>Oakland, CA 94609 | - | | past 3 years<br>Miscellaneous business expenses | | | | 1,852.60 |
| Account No. **\*xxxxxx6743**<br><br>TIGER DIRECT<br>3131 Capital Blvd., Suite 101<br>Raleigh, NC 27604 | - | | past 3 years<br>Miscellaneous business expenses | | | | 6,500.00 |
| Account No. **xxxx6100**<br><br>TOSHIBA<br>9740 Irvine Blvd.<br>Irvine, CA 92618 | - | | past 3 years<br>Miscellaneous business expenses | | | | 1,289.46 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

482,354.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Microgear, Inc.**                                    Case No. _____
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **TURNER TECHTRONIX** <br> **3206 W. Burbank Blvd.** <br> **Burbank, CA 91505** | - | | past 3 years <br> Miscellaneous business expenses | | | | 6,300.00 |
| Account No. **3E646Y** <br><br> **UPS** <br> **P.O. BOX 650580** <br> **Dallas, TX 75265-0580** | - | | past 3 years <br> Miscellaneous business expenses | | | | 1,276.60 |
| Account No. **67X84R** <br><br> **UPS** <br> **PO Box 894820** <br> **Los Angeles, CA 90189** | - | | within the past year <br> business expense | | | | 318.43 |
| Account No. **N/A** <br><br> **VALUECAD** <br> **2548 S.E. Ankeny Street** <br> **Portland, OR 97214** | - | | past 3 years <br> Miscellaneous business expenses | | | | 54,171.50 |
| Account No. **N/A** <br><br> **WILLIAM LETTIS AND ASSOCIATES** <br> **1777 Botelho Drive, Suite 262** <br> **Walnut Creek, CA 94596** | - | | past 3 years <br> Miscellaneous business expenses | | | | 248.20 |

Sheet no. __17__ of __18__ sheets attached to Schedule of          Subtotal          62,314.73
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re __Microgear, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **N/A** <br><br> **WORKSHARE** <br> **208 Utah Street, Suite 350** <br> **San Francisco, CA 94103** | | - | | **past 3 years** <br> **Miscellaneous business expenses** | | | | **14,141.50** |
| Account No. **xxxxxxxx8733** <br><br> **XO Communications** <br> **File 50550** <br> **Los Angeles, CA 90074** | | - | | **within the past 3 years** <br> **business expense** | | | | **1,745.50** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **15,887.00** |
| | Total <br> (Report on Summary of Schedules) | **2,856,262.06** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **Microgear, Inc.**                                     ,       Case No.

                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **4949 Wilshire LLP**<br>**4949 Wilshire Blvd, #701**<br>**Los Angeles, CA 90010** | **Los Angeles office lease**<br>**4929 Wilshire Blvd, Ste 701, LA 90010**<br>**$6000 monthly**<br>**Terminates June 15, 2008** |
| **Adaptec, Inc.**<br>**691 Milpitas Blvd**<br>**Milpitas, CA 95035** | **2525 Collier Rd, Livermore**<br>**Expire April 30, 2008**<br>**$12,000 monthly** |
| **Avaya**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Avaya phone system**<br>**located at 2525 Collier Canyon Rd, Livermore, CA**<br>**$31,000 monthly lease**<br>**Terminates August 2011** |
| **Jones Lang**<br>**One Front St, #300**<br>**San Francisco, CA 94111** | **San Francisco Office lease**<br>**225 Bush Street, #370, SF 94104**<br>**$34,300 monthly**<br>**Terminates September 2008** |

**0**

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re   **Microgear, Inc.**        ,       Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**      continuation sheets attached to Schedule of Codebtors

Case: 08-47335   Doc# 1   Filed: 12/10/08   Entered: 12/10/08 14:44:44   Page 34 of 59

# United States Bankruptcy Court
## Northern District of California

In re   **Microgear, Inc.**                                                    Case No. _____

Debtor(s)                          Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 10, 2008**                    Signature   **/s/ Neil Popli**

**Neil Popli**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Microgear, Inc.**
_____  Case No. _____
Debtor(s)  Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-500,000.00** | **2008 fiscal year**<br>**August 07 to current** |
| **$214,520.00** | **2007 fiscal year**<br>**August 2006-July 2007** |
| **$162,932.00** | **2006 fiscal year**<br>**August 2005-July 2006** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arbitech, LLC vs. Microgear, Inc.** <br> **VG08378353** | **Complaint for Money** | **Alameda County Superior Court** <br> **Pleasanton, CA** | **Pending** |
| **Cisco Ironport Systems, LLC vs. Microgear, Inc.** <br> **1-08-CV-118118** | **Breach of Contract** | **Superior Court, Santa Clara County** <br> **191 North First St** | **Judgment against defendant** |
| **ERG Transit Systems (USA) Inc. vs. Microgear, Inc.** <br> **CGC08-473548** | **Breach of Contract** | **Superior Court, San Francisco County** <br> **400 McAllister Street** | **pending** |
| **Tech Data Corporation vs. Microgear, Inc.** <br> **GR 08-381203** | **Complaint for money** | **Alameda County Superior Court** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ingram Micro Inc. vs. Microgear Inc. 30-2008 00105010** | **Breach of Contract** | **Orange County Superior Court** **Central Judical District, 700 Civic Center Drive West** | **pending** |
| **Charles Doerr and Associates vs. Microgear, Inc.** | **complaint for money** | **San Mateo County Superior Court** | **judgment** |
| **Dell vs. Microgear** | | **Texas** | |
| **Software One vs. Microgear** | | **Wisconsin** | |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hitachi Lease 21935 Network Place Chicago, IL 60637** | **2008** | **2007 Mitsubishi Truck 3500 miles Commercial vehicle with $5,000 lift installed. DMV auction** |
| **NONE** | **2008** | **2002 Ford Econoline DMV auction** |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kornfield, Paul, Nyberg & Kuhner  PC** | **MARCH 2008** | **$10,000.00** |
| **1999 Harrision St., Suite 2675** | **May 2008** | **$15,000.00** |
| **Oakland, CA 94612** | | |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Airport Self Storage 1491 Rutan Dr, Space 2517 Livermore, CA 94551** | **Neil Popli** | | **Storage facility opened April 2008** |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Microgear, Inc.** | **94-3074622** | **2525 Collier Canyon Road Livermore, CA 94551** | **Hardware Sales** | **August 1988 to present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Penny Singh**<br>**2525 Collier Rd**<br>**Livermore, CA 94551** | **1992 to March 31, 2008** |
| **Beutler & Associates**<br>**20211 Patio Dr, #145**<br>**Castro Valley, CA 94546** | **1998 to Feb 22, 2008** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Beulter & Associates** | **20211 Patio Dr, #145**<br>**Castro Valley, CA 94546** | **1988 to Feb 22, 2008** |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Neil Popli** | **2525 Collier Rd**<br>**Livermore, CA 94551** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Ingram Micro** | **Various** |
| **Tech Data** | **Various** |
| **Bridge Bank** | **Various** |

### 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **September 30, 2007** | **Neil Popli** | **$130,000 cost** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 30, 2007** | **Sunil Popli**<br>**2525 Collier Rd**<br>**Livermore, CA 94551** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST               PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Neil Popli**<br>**2525 Collier Rd**<br>**Livermore, CA 94551** | **President** | **49%** |
| **Shagun Popli**<br>**2525 Collier Canyon Rd**<br>**Livermore, CA 94551** | **Secretary** | **51%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                           ADDRESS                       DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                   DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| **Neil Popli**<br><br>**President of Corporation** | **Monthly Salary throughout year** | **$90,000** |
| **Shagun Popli**<br><br>**Secretary to corporation** | **Monthly salary throughout year** | **$100,000** |
| **Neil Popli**<br>**2525 Collier Rd**<br>**Livermore, CA 94551**<br>**President of Corporation** | **March 2008, Repayment of short term loan** | **$150,000** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 10, 2008**                    Signature    **/s/ Neil Popli**
                                                             **Neil Popli**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re   **Microgear, Inc.**                                            Case No. _____

                                    Debtor(s)          Chapter    **7**    _____

# CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of __**12**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **December 10, 2008** _____          **/s/ Chris D. Kuhner** _____
                                                        Signature of Attorney
                                                        **Chris D. Kuhner 173291**
                                                        **Kornfield, Nyberg, Bendes & Kuhner  PC**
                                                        **1999 Harrision St., Suite 2675**
                                                        **Oakland, CA 94612**
                                                        **(510) 763-1000   Fax: (510) 273-8669**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

4949 Wilshire LLP
4949 Wilshire Blvd, #701
Los Angeles, CA 90010


A3Net
3731 E. La Salle St.
Phoenix, AZ 85040


Accutech
4824 Transport St.
Ventura, CA 93003


Adaptec
691 Milpitas Blvd
Milpitas, CA 95035


Adaptec, Inc.
691 Milpitas Blvd
Milpitas, CA 95035


Adge Corp
423 Broadway Street #637
Millbrae, CA 94030-1905


ADP Screening Service
36307 Treasury Center
Chicago, IL 60694


AGAMI
1269 Innsbruck Drive
Sunnyvale, CA 94089

Air Magent
830 E. Arques Ave.
Sunnyvale, CA 94085


ALCATEL-LUCENT
P.O. BOX 911476
Dallas, TX 75391-1476


AMERITECH
2688 3rd Street
San Francisco, CA 94107


APC
5081 Collections Center Drive
Chicago, IL 60693-5081


Arbitech, LLP
Attn David Cook
Cook Collection Attorneys
PO Box 270
San Francisco, CA 94104-0270


Arbitech. LLC
15330 Barranca Parkway
Irvine, CA 92618


ASAP Software
850 Asbury Drive
Buffalo Grove, IL 60089


Avaya
PO Box 550599
Jacksonville, FL 32255

Avery Weight
19821 Cabot Blvd
Hayward, CA 94545


Avnet
11300 Westmoor Cr.
Westminster, CO 80021


Axiom
19651 DESCARDES
FOOTHILL RANCH, CA 92610


Bernie Franczack
128 Quail Run Court
San Jose, CA 95118


BETA 90'S
182 HOWARD STREET PMB#227
San Francisco, Ca 94105


CA
ONE CA PLAZA
ISLANDIA, NY 11749


Cables Unlimited
2500 BISSO LANE # 200
CONCORD, CA 94520


Captaris
6303 East Tanque Verde Suite 100
Tuscon, AZ 85715

Carneys Busniess Tech
2001 Westwind Drive Suite One
Bakersfield, CA 93301


CDW
PO BOX 75723
Chicago, IL 60675-5723


CHARLES DOER GROUP
611 Veterans Blvd., Suite 217
Redwood City, CA 94063


Chouinard Myhre, Inc.
P.O. BOX 636
Cotati, CA 94931


CINCINNATI BELL
1507 Solutions Center
Chicago, IL 60677-1005


Cisco Ironport Systems, LLC
Attn David Cooper
Bialson, Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA 94306


Computeronix
4071 EMERY STREET
EMERYVILLE, CA 94608


Crucial
12831 Collection Center Drive
Chicago, IL 60693

Dell
PO BOX 910916
Pasadena, CA 91110-0916


Eagle
PO Box 844650
Dallas, TX 75284-4650


Edye A Hill
Lewis Brisbois Bisgaard & Smith
650 Town Center Dr, Ste 1400
Costa Mesa, CA 92626


Effiliate Inc
11321 white Rock Road
Racho Cardova, CA 95742


ERG Transit Systems, Inc.
1800 Sutter Street, Suite 900
Concord, CA 94520


ERG Transit Systems, Inc.
Attn James L. Jacobs
CGA Law Partners, LLP
1891 Landings Dr
Mountain View, CA 94043


Ex Distributors
165 State St Suite A
Hackensack, NJ 07601


FedBid, Inc.
8500 Leesburg Pike, Ste 602
Vienna, VA 22182

Fedex
PO Box 7221
Pasadena, CA 91109-7321


FOUNDRY NETWORKS
4980 Great America Parkway
Santa Clara, CA 95054


Gateway Companies
PO Box 1760
North Sioux City, ND 57049-1760


Graybar
2368 Lincoln Ave
Hayward, CA 94545


H Michael Brucker LAW FIRM
5855 Doyle St
EMERYVILLE, CA 94608


Heartland Tech
1755 Park St, Ste 200
Naperville, IL 60563


Hitachi Lease
21935 Network Place
Chicago, IL 60637


HP
P.O. BOX 60000 File 71195
San Francisco, CA 94160

IBM
1360 Boul Nene-Leves
Montreal, QC, Canada H3G2W6


Imation
1 Imation Place
Oakdale, MN 55128-3421


InfoX
3 Aspen Drive, Suite 1
Randolph, NJ 07869


Ingram Micro
12510 Micro Drive
Mira Loma, CA 91752


Ingram Micro Inc.
Attn Scott B. Lieberman
Sheppard, Mullin, Richter & Hampton, LLP
650 Town Center Dr, Fourth Floor
Santa Ana, CA 92701


Ironkey
5150 El Camino Real #C31
Los Altos, CA 94022


Ironport
950 Elm Ave.
San Bruno, CA 94066


Jones Lang
One Front St, #300
San Francisco, CA 94111

KCBS AM
865 Battery St
San Francisco, Ca 94111


Kingston
17600 Newhope Street
Fountain Valley, CA 92708


LanDesk
698 West 10000 South, Suite 500
South Jordan, UT 84095


LASERPRO
One International Lane
Rhinelander, WI 54501


Lifeboat
1157 Shrewsbury Ave.
Shrewsbury, NJ 07702-4321


LSI
1621 Barber Lane
Milpitas, CA 95035


Lumension
Dept CH 17356
Palatine, IL 60055-7356


MA LABS
2075 N. Capitol Avenue
San Jose, CA 95132

MOTION COMPUTING
8601 RR 2222 Bldg. 2
Austin, TX 78730


MY-BYLINE
P.O. BOX 14061
Surfside Beach, SC 29587


Neil Popli
1639 Via Salerno
Pleasanton, CA 94566-2224


NETWORK GENERAL
310 Littleton Road
Westford, MA 01886-4105


OQO
583 Shotwell Street
San Francisco, CA 94110-2011


Oracle
P.O. BOX 44471
San Francisco, CA 94144-4471


Pacific Gas and Electric
P. O.Box 997300
Sacramento, CA 95899


PARTS NOW
3150 Pleasant View Road
Middleton, WI 53562

PC CONNECTION
730 Milford Road
Merrimack, NH 03054-4631


PC MALL
2555 West 190th Street
Torrance, CA 90504


Q1 LABS
890 Winter Street, Suite 230
Waltham, MA 02451


QUANTUM
1650 Technology Drive , Suite 700
San Jose, CA 95110-1382


RASTAR MARKETING
2211 West 2300 South
Salt Lake City, UT 84119


RPM IMAGING
1917 Hopper Way
Yountville, CA 94599


SECUREMATICS
3100 De La Cruz Blvd. Suite 100
Santa Clara, CA 95054


SKY ELECTRONICS
26223 Enterprise Court
Lake Forest, CA 92630

SOFTWARE HOUSE INTERNATIONAL
33 Knightsbridge Road
Piscataway, NJ 08854


SOFTWARE ONE
360 E. Maple Rd. Suite M.
Troy, MI 48083


T-Mobile
PO Box 21367
Tampa, FL 33622


TECH DATA
P.O. BOX 100166
Pasadena, CA 91189-0166


Tech Data Corp
Attn Harold B. Glassberg
Glassberg, Pollack & Assoc
425 CaliforniaSt, Ste 850
San Francisco, CA 94104-2193


TERRA CARTA CONSULTING
433 51st Street
Oakland, CA 94609


TIGER DIRECT
3131 Capital Blvd., Suite 101
Raleigh, NC 27604


TOSHIBA
9740 Irvine Blvd.
Irvine, CA 92618

TURNER TECHTRONIX
3206 W. Burbank Blvd.
Burbank, CA 91505


UPS
P.O. BOX 650580
Dallas, TX 75265-0580


UPS
PO Box 894820
Los Angeles, CA 90189


VALUECAD
2548 S.E. Ankeny Street
Portland, OR 97214


WILLIAM LETTIS AND ASSOCIATES
1777 Botelho Drive, Suite 262
Walnut Creek, CA 94596


WORKSHARE
208 Utah Street, Suite 350
San Francisco, CA 94103


XO Communications
File 50550
Los Angeles, CA 90074

# United States Bankruptcy Court
## Northern District of California

In re   **Microgear, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Microgear, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Neil Popli**
**2525 Collier Canyon Rd**
**Livermore, CA 94551**

**Shagun Popli**
**2525 Collier Canyon Rd**
**Livermore, CA 94551**

☐ None [*Check if applicable*]

**December 10, 2008**
_____
Date

**/s/ Chris D. Kuhner**
_____
**Chris D. Kuhner 173291**
Signature of Attorney or Litigant
Counsel for   **Microgear, Inc.**
**Kornfield, Nyberg, Bendes & Kuhner  PC**
**1999 Harrision St., Suite 2675**
**Oakland, CA 94612**
**(510) 763-1000 Fax:(510) 273-8669**