Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Patrick M. Costello, Esq. (Calif. Bar No. 117205)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Creditor
ERG Transit Systems (USA) Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re )
)
MICROGEAR, INC., ) Case No. 08-47335
)
        Debtor. ) Chapter 7
)
)

## REQUEST FOR SPECIAL NOTICE

ERG hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, any creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on it, and that the following be added to the Court's master mailing list:

> ERG Transit Systems (USA) Inc.
> Attention: Sterrett Brandt, Esq.
> 1800 Sutter Street, Suite 900
> Concord, CA 94520.
> Telephone: (925) 686-8533

Dated: March 2, 2009

                                                BIALSON, BERGEN & SCHWAB

                                                /s/ Patrick M. Costello
                                                Patrick M. Costello, Esq.

                                                Attorneys for Creditor
                                                ERG Transit Systems (USA) Inc.