Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

RECEIVED
JUN 24 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA



IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

MICROGEAR, INC.

Debtor(s)

Case No. 08-47335 LT

Chapter 7

NOTICE OF SMALL DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of . The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | Franchise Tax Board | 0.01 | 0.01 |

Dated: June 14, 2010

_____
Paul J Mansdorf, TRUSTEE